IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN BRYANT, | No. C 06-00005 CW (PR) |
|     Petitioner, | ORDER LIFTING STAY AND DIRECTING RESPONDENT TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED |
|   v. | |
| T. FELKER, Warden, | |
|     Respondent. | |

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On March 15, 2007, the Court issued an Order granting Petitioner's request for a stay of proceedings while he returned to state court to exhaust his state judicial remedies with respect to the issue of re-sentencing.  In April, 2007, Petitioner informed the Court that his state proceedings had concluded, and he filed an amended petition containing his exhausted claim relating to the issue of re-sentencing.  He notes that the California Supreme Court denied his state habeas petition on April 11, 2007.  On May 23, 2007, he filed a motion entitled, "Motion to Hold Amended Petition for Petitioner's Filing of Second Amended Petition."  On May 29, 2007, he filed his second amended petition.

    Before the Court are Petitioner's implied motion for leave to file his second amended petition and his "Motion to Hold Amended Petition for Petitioner's Filing of Second Amended Petition."

    Good cause appearing, the Court lifts the stay and GRANTS Petitioner leave to file his second amended petition.  The Clerk of the Court is directed to mark Petitioner's second amended petition as filed on May 29, 2007, the date it was received.

1    The Clerk of the Court shall REOPEN this case and serve a copy
2 of this Order and <u>the second amended petition and all attachments</u>
3 <u>thereto</u> upon Respondent and Respondent's attorney, the Attorney
4 General of the State of California.  The Clerk shall also serve a
5 copy of this Order on Petitioner at his most current address.
6    Respondent shall file with this Court and serve upon
7 Petitioner, within <u>sixty (60) days</u> of the issuance of this Order,
8 an answer conforming in all respects to Rule 5 of the Rules
9 Governing Section 2254 Cases, showing cause why a writ of habeas
10 corpus should not be issued.  Respondent shall file with the answer
11 a copy of all portions of the state trial record that have been
12 transcribed previously and that are relevant to a determination of
13 the issues presented by the petition.
14    If Petitioner wishes to respond to the answer, he shall do so
15 by filing a traverse with the Court and serving it on Respondent
16 within <u>thirty (30) days</u> of his receipt of the answer.  Otherwise,
17 the petition will be deemed submitted and ready for decision thirty
18 days after the date Petitioner is served with Respondent's answer.
19    Petitioner is reminded that all communications with the Court,
20 whether by way of formal legal motions or informal letters, must be
21 served on Respondent by mailing a true copy of the document to
22 Respondent's counsel.
23    Extensions of time are not favored, though reasonable
24 extensions will be granted.  Any motion for an extension of time
25 must be filed no later than <u>seven (7) days</u> prior to the deadline
26 sought to be extended.

2

1   Petitioner's "Motion to Hold Amended Petition for Petitioner's
2  Filing of Second Amended Petition" (docket no. 13) is denied as
3  moot.
4       This Order terminates Docket no. 13.
5       IT IS SO ORDERED.



6  Dated:   6/30/09
7                                    CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARVIN BRYANT III,

        Plaintiff,

v.

T.FELKER et al,

        Defendant.

Case Number: CV06-00005 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Bryant T-92379
3-114U
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

Warden
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: June 30, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

4