IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN BRYANT,

    Petitioner,

    v.

T. FELKER, Warden,

    Respondent.
    _____/

No. C 06-0005 CW (PR)

ORDER GRANTING PETITIONER LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

In an Order dated January 24, 2011, the Court denied Petitioner's pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging the validity of his 2002 state convictions for attempted murder, residential robbery, assault with a firearm, and residential burglary. The Court also granted a certificate of appealability as to two of Petitioner's four claims.

Petitioner filed a timely notice of appeal. On April 26, 2011, Petitioner filed his motion for leave to proceed in forma pauperis (IFP) on appeal. When Petitioner first filed this action, he paid the district court filing fee; therefore, he was not proceeding IFP in this Court. Petitioner does need permission to proceed IFP on appeal. See Fed. R. App. P 24(a)(1). Petitioner's affidavit in support of his motion shows that he qualifies to proceed IFP. Accordingly, his motion (docket no. 33) is GRANTED.

This Order terminates docket number 33.

IT IS SO ORDERED.

Dated: 5/3/2011

                    CLAUDIA WILKEN
                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARVIN BRYANT III,

        Plaintiff,

  v.

T.FELKER et al,

        Defendant.
                                       /

Case Number: CV06-00005 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Bryant T-92379
3-114U
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: May 3, 2011

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk